IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LUIS MUNUZURI HARRIS,

    Plaintiff,

v.                                      5:13cv382-WS/EMT

DEREK L. WILKES, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed January 22, 2016. See Doc. 40. The magistrate judge recommends that the defendants' motion to dismiss for failure to exhaust be denied without prejudice to the defendants' right to raise the exhaustion issue again. In his objections (doc. 44) to the magistrate judge's report and recommendation, the plaintiff argues—unpersuasively—that denial of the defendants' motion to dismiss should be *with prejudice*.

Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 40) is hereby ADOPTED and incorporated by reference into this order.

2. The defendants' motion to dismiss for failure to exhaust is DENIED without prejudice.

3. The clerk shall remand the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   11th   day of   March  , 2016.


          s/ William Stafford
          WILLIAM STAFFORD
          SENIOR UNITED STATES DISTRICT JUDGE