IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LUIS MUNUZURI HARRIS,

    Plaintiff,

v.                                                   5:13cv382–WS/EMT

DEREK L. WILKES, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 57) docketed April 7, 2016. The magistrate judge recommends that the plaintiff's emergency motion for injunctive relief (doc. 53) be denied. The plaintiff has filed objections (doc. 62) to the magistrate judge's report and recommendation.

Upon review of the record in light of the plaintiff's objections, this court has determined that the report and recommendation should be adopted. As did the magistrate judge, this court finds that the plaintiff has not established an adequate basis for granting injunctive relief.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's emergency motion for injunctive relief (doc. 53) is DENIED.

3. The case shall be remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this   27th   day of    April   , 2016.

                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE